## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kennya D. Agnew, | Case No. 16-cv-1183 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Trinity Services Group, Hennepin County Medical Center, | |
| Defendants. | |

---

This matter is before the Court on the June 23, 2016 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois.  (Dkt. 8.)  No objections to the Report and Recommendation have been filed in the time period permitted.

Based on the Report and Recommendation of the magistrate judge and all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1.      The magistrate judge's June 23, 2016 Report and Recommendation, (Dkt. 8), is **ADOPTED;**

2.      Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2016                              s/Wilhelmina M. Wright
                                                 Wilhelmina M. Wright
                                                 United States District Judge